## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

JACOB SIMPSON,

       Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS; GEORGIA STATE
PRISON; WARDEN STANLEY WILLIAMS;
HOMER BRYSON; OFFICER SAPP;
OFFICER HILL; OFFICER DANIEL;
OFFICER LYOD; and OFFICER TREMBLE,

       Defendants.

CIVIL ACTION NO.: 6:15-cv-147

### O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 10), to which "Objections" have been filed, (doc. 11). The pleading which has been docketed as Objections to the Magistrate Judge's Report and Recommendation appears to be Plaintiff expressing his desire to proceed with his cause of action. This pleading is not responsive to the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court, and, to the extent Plaintiff filed Objections, those Objections are overruled.

Plaintiff's action is **DISMISSED** without prejudice, and the Court **DENIES** Plaintiff's Motion to Consolidate. The Court also **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

The Clerk of Court is hereby authorized and directed to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 28th day of _____March_____, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA