# United States District Court
## Southern District of Georgia

JACOB SIMPSON,

    Plaintiff,

V.

GEORGIA DEPARTMENT OF CORRECTIONS, ET AL.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV615-147

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 28, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this action is DISMISSED without prejudice and stands CLOSED.

March 28, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk